AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Kranz  Telephone: (989) 895-5712
Special Agent: Nicholas Vanderploeg, FBI  Telephone: (269) 268-9003

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Timothy Heath Findlay

Case No. 1:24-mj-30353
Judge: Morris, Patricia T.
Filed: 08-20-2024

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 16, 2024__ in the county of __Arenac__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. §875(c) | Interstate Communication Threats |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Nicholas Vanderploeg, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 8/20/2024

_Judge's signature_

City and state: Bay City, Michigan

Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Nicholas Vanderploeg, being first duly sworn, hereby depose and state as follows:

EXECUTIVE SUMMARY

1. The FBI conducted an investigation of Timothy Heath Findlay. Findlay threatened to rape and murder another in an email in and affecting interstate commerce. Based on the information in this affidavit there is probable cause to believe that in or around April 16, 2024, Findlay was in violation of 18 U.S.C. §875(c).

INTRODUCTION AND BACKGROUND

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 2022. As part of my regular duties, I have participated in numerous investigations, arrests, and search warrants involving threats. During my career, I have been trained both formally and on the job in how to conduct threat and interstate commerce investigations.

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with other law enforcement officers, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose

1

of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4. I am currently investigating Timothy Findlay for violation of Title 18 U.S.C. §875(c), interstate communication threats.

## PROBABLE CAUSE

5. Affiant was contacted by Microsoft about threats sent via a Skype message made by one of its gmail email users on April 16, 2024. The IP address shows the user was in Alger, Michigan when the threating Skype message was sent. Alger, Michigan is in the Northern Division, Eastern District of Michigan.

6. The investigation revealed that email address that sent the threatening Skype message was: timothyfindlay88@gmail.com is registered to user Timothy Findlay. This email user sent the Skype message that traveled in interstate and/or foreign commerce. In the Skype message, Findlay threatened another by saying that he was going to rape and kill that other person. Specifically, Findlay wrote: "I rape and kill beautiful women." The person he was messaging asked: "But what does that got to do with me." Findlay then responded "because I'll rape you and murder you too."

7. Affiant knows that Findlay has a history of making threats against others. Findlay has been convicted in federal court, more than once, for threatening to kill

2

the President of the United States. Findlay is still on supervised release for one of those prior convictions.

Respectfully submitted,

_____
Nicholas Vanderploeg, Special Agent
FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE